The People of the State of New York ex rel. John T. Ryan v. Douglas I. McKay, as Commissioner, etc.-- Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. Murphy v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Hugh M. Edwards v. Rhinelander Waldo, as Commissioner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edwin Q. Cooper v. Isaac Morove.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Morris W. Levine v. Twenty-eighth Street and Seventh Avenue Realty Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Midtown Contracting Company v. Louis Goldsticker and Another.— Motion granted, unless appellants comply with terms stated in order. Present.— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adam Frank v. Herbert B. Gruber.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adam Frank v. Herbert B. Gruber.— Motion granted, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William R. Petze.— Motion granted, unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Max Kalter.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George E. Archer and Another v. G. Emil Hesse and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Jose Tur and Another v. Miguel S. Arrue.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George D. Sherman v. Richard F. Carman and Others.— Motion denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abram Morris and Another v. Ferdinand Cahn and Another. Abram Morris and Another v. Ferdinand Cahn and Another. Alice Keteltas v. Interboro Rapid Transit Company. David M. Jacobs v. Edward L. White and Another. Charles Yung v. Anna M. Blake.— Motions denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William A. L'Hommedieu v. Cesare Campaninim.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adam Frank v. Herbert B. Gruber.— Motion to withdraw appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.